UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00134-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SHARELL EVANS,

        Defendant.

---

**ORDER RESETTING CHANGE OF PLEA**

---

**IT IS ORDERED** the Change of Plea hearing in this matter is set for **August 7, 2006**, **at 9:15 a.m.** is reset to **August 8, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 4th day of August, 2006.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge